UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MASSACHUSETTS

| In Re: | Case Number 24-40213 |
| Ariel, LLC | Chapter 11 |

### AFFIDAVIT OF ATTORNEY LUCAS MCARDLE

Now comes, Lucas B. McArdle, as counsel for Creditors, Enmanuel Ventura, Evelyn Reyes Paxtxot, Myrna J. Percibal and Jerson Espaillat, Jr., on oath do depose and say:

1. I am a duly licensed attorney and a duly licensed real estate broker in Massachusetts.

2. In efforts to obtain higher offers/bids on the properties in Methuen, Massachusetts at 230 Merrimack Street and 80 Howe Street, Creditors caused said Properties to be privately marketed to a network of potential buyers.

3. MLS and public records establish that Debtor has not marketed nor listed said Properties for sale.

4. Debtor agreed to reasonable access for interested purchasers, but access has been made difficult and/or not provided as agreed.

5. The Debtor agreed to access/showings for an hour at both Howe Street (1:30PM) and Merrimack Street (2:30PM) on January 3, 2025. The Debtor abruptly ended the first showing at 2PM without notice – notifying prospective buyers that they must leave, locking the door and leaving the Property. Several interested buyers came thereafter and were unable to access the Howe Street Property that was to be available until 2:30PM.

6. Upon arrival at the Merrimack Property just after 2:30PM (short drive from Howe Street), the three-unit Property was entirely locked and the Debtor (Debtor's agent) was not on site. Debtor's attorney was notified and Debtor returned 20 minutes later. It was a frigid afternoon, so some prospective purchasers left. Access to the basement was prohibited, notwithstanding Debtor having the key. Access to the second-floor residential unit was also prohibited, notwithstanding advanced notice for all units to be made available. Debtor's agent was unprofessional and discourteous, and locked up after only ten minutes at Merrimack Street.

7. Several requests to Debtor for the lease agreement, names of the adults occupants and/or information otherwise about the occupied residential unit at Merrimack Street have been disregarded – important information to bring value to any sale.

8. Notwithstanding, offers to purchase both Properties "As Is" have been obtained that well exceed the offers of $421,500.00 and $280,000.00.

Signed under the pains and penalties of perjury this 14th day of January 2025.

                                                  Lucas B. McArdle, Esquire