CHOLE, LLC hereby submits a counter-offer in the amount of $427,000.00 in certified or bank check for the property located at 230 Merrimack Street in Methuen, Massachusetts.

                                Respectfully submitted,
                                CHOLE, LLC
                                By its attorney,
                                  /s/ James P. Ehrhard
                                James P. Ehrhard, Esq.
                                BBO # 651797
                                Ehrhard & Associates, P.C.
                                27 Mechanic Street, Suite 101
                                Worcester, MA 01608
                                (508) 791-8411
                                ehrhard@ehrhardlaw.com

Dated:  January 14, 2025