

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Ariel LLC | Ch. 11 |
|---|---|---|
| | Debtor(s). | 24-40213-EDK |

## Proceeding Memorandum and Order

**MATTER:**

#196 Amended Motion of United States Trustee to Convert case to Chapter 7, or alternatively, to Dismiss case

**Decision set forth more fully as follows:**

GRANTED.

This case is hereby converted to one under Chapter 7 pursuant to 11 U.S.C. § 1112(b)(4)(F) and (H).

Dated: 02/20/2025

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge