

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| In re: | Ariel LLC | Ch. 7 |
|---|---|---|
| | Debtor(s). | 24-40213-EDK |

**Proceeding Memorandum and Order**

**MATTER:**

#169 Motion of Debtor for Order Authorizing Sale of property of the Debtor (re: 80 Howe Street, Methuen, MA)

**Decision set forth more fully as follows:**

DENIED.

Dated: 03/20/2025

By the Court,

Elizabeth D. Katz
United States Bankruptcy Judge